UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| JUSTIN S. ASHLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV621-083 |
| | ) | |
| WYNITA SHARPE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 23), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. Plaintiff's Motion, which the Magistrate Judge construed as a request for injunctive relief, is **DENIED**. (Doc. no. 21; <u>see also</u> doc. no. 23 at 4-6).

**ORDER ENTERED** at Augusta, Georgia, this 9th day of May, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA