UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| JUSTIN S. ASHLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV621-083 |
| | ) | |
| WYNITA SHARPE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court previously recommended that *pro se* plaintiff Justin S. Ashley's 42 U.S.C. § 1983 Complaint be dismissed. *See generally* doc. 31. The deadline for him to object to that Report and Recommendation passed on April 19, 2024. *See id.*; *see also* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). He has now filed a document titled "Ex Parte," which asks about the status of his case.[1] Doc. 32 at 1. He states that he is not reliably or timely receiving mail and requests that if "any 'Order and

---

[1] Although Ashley's request was not received by the Clerk until May 2, 2024, it is signed April 15, 2024. Doc. 32 at 1. Pursuant to the "prison mailbox rule," it is deemed filed on the date it was signed. *See, e.g., Washington v. United States*, 243 F.3d 1299, 1301 (11th Cir. 2001). It is, therefore, deemed filed before the deadline for him to submit objections to the Report and Recommendation expired.

1

Recommendation' has been made," the Court provide him with an additional copy. *Id.*

Ashley's request for information as to the "status" of this case is **GRANTED**. Doc. 32. Although the Court has no obligation to provide Ashley with additional copies of case documents, *see, e.g., Jackson v. Fla. Dept. of Fin. Servs.*, 479 F. App'x 289, 293 (11th Cir. 2012), to ensure that he is able to efficiently prepare and submit any objections, the Clerk is **DIRECTED** to enclose an additional copy of the Report and Recommendation, doc. 31, with this Order for Ashley's convenience. He is advised that any further copies of Court documents may be requested from the Clerk at the cost of $0.50 per page. The Court will also, *sua sponte*, extend Ashley's deadline to submit his objections, based on his disclosure that, as of April 15, 2024, he had not received the recommendation. *See* doc. 32 at 1; *see also* Fed. R. Civ. P. 6(b)(1)(A). Ashley is **DIRECTED** to submit his objections, if any, by no later than May 20, 2024.

**SO ORDERED**, this 6th day of May, 2024.

/s/ Christopher L. Ray
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA