UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| JUSTIN S. ASHLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV621-083 |
| | ) | |
| WYNITA SHARPE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 31), to which no objections have been filed.[1] Accordingly, the R&R is ADOPTED. (Doc. no. 31.) Ashley's Amended Complaint is DISMISSED. (Doc. no. 27.) The Clerk is DIRECTED to CLOSE this case.

ORDER ENTERED at Augusta, Georgia, this 8th day of July, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Furthermore, Ashley has failed to comply with the Local Rules' requirement "to apprise the Court of any address change" pursuant to L.R. 11.1. (See doc. no. 36 (Clerk's notice that mail was returned as undeliverable).) Noncompliance with Local Rule 11.1 provides an alternative basis for dismissal. Cf. Fed. R. Civ. P. 41(b).